IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS R. GALLOWAY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTMORELAND COUNTY PRISON, )<br>et al., )<br>Defendants. ) | Civil Action No. 20-2022<br>Senior Judge Nora Barry Fischer |

### **MEMORANDUM ORDER**

The above captioned case was initiated by pro se Plaintiff Thomas R. Galloway on December 29, 2020, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court. (Docket No. 1). Plaintiff submitted a Motion for Leave to Proceed in forma pauperis on December 29, 2020. (Docket No. 1). On January 21, 2021, the Magistrate Judge issued a Report recommending that the Motions for Leave to Proceed in forma pauperis be denied as Plaintiff had not satisfied the imminent danger exception to the three strikes rule of 28 U.S.C. § 1915(g). (Docket No. 3). Plaintiff was served with the Report and Recommendation at his listed address of record and advised that written objections were due by February 8, 2021. To date, no objections have been filed nor has Plaintiff sought an extension in time in which to do so.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of February, 2021:

IT IS ORDERED that the Report and Recommendation [3] dated January 21, 2021 is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis [1] is DENIED and this case is DISMISSED, without prejudice, to Plaintiff reopening the matter by paying the full statutory and administrative filing fees;

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED; and,

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc:   THOMAS R. GALLOWAY, JR.
      3442020
      Westmoreland County Prison
      3000 South Grande Blvd.
      Greensburg, PA 15601
      (via first class mail)